FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
NOV 20 2007
GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-02436 BnB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

SHANE GARRISON #84286,

    Applicant,

v.

WARDEN MICHAEL ARELLANO, et al.,

    Respondents.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING APPLICANT TO CURE DEFICIENCY

---

Applicant has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 in a Habeas Corpus Action. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted document is deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Applicant will be directed to cure the following if he wishes to pursue his claims. Any papers which the Applicant files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) \_\_ is not submitted
(2) \_\_ is missing affidavit
(3) _X_ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing (<u>Account statement submitted is not certified by a prison official.</u>)
(4) \_\_ is missing required financial information
(5) \_\_ is missing an original signature by the prisoner

(6)   __ is not on proper form (must use the court's current form)
(7)   __ names in caption do not match names in caption of complaint, petition or habeas application
(8)   __ An original and a copy have not been received by the court. Only an original has been received.
(9)   __ other:_____.

**Complaint, Petition or Application:**
(10) _X_ is not submitted
(11)   __ is not on proper form (must use the court's current form)
(12)   __ is missing an original signature by the prisoner
(13)   __ is missing page nos. ___
(14)   __ uses et al. instead of listing all parties in caption
(15)   __ An original and a copy have not been received by the court. Only an original has been received.
(16)   __ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17)   __ names in caption do not match names in text
(18)   __ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Applicant cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Applicant files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Applicant, together with a copy of this order, two copies of the following forms: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. It is

FURTHER ORDERED that, if the Applicant fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be

dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 19th day of November, 2007.

BY THE COURT:

*signature*
BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-CV-02436

Shane C. Garrison
Prisoner No. 84286
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254** to the above-named individuals on \_\_\_\_11/20/07\_\_\_\_.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk