IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02436-BNB

SHANE GARRISON,
Applicant,

v.

WARDEN MICHAEL ARELLANO, and
JOHN SUTHERS, Attorney General of the State of Colorado,
Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 17 2007

GREGORY C. LANGHAM
CLERK

ORDER DIRECTING APPLICANT TO FILE AMENDED PLEADING

Applicant, Shane Garrison, is a prisoner in the custody of the Colorado Department of Corrections at the Arkansas Valley Correctional Facility at Crowley, Colorado. Mr. Garrison has filed *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging the validity of his conviction and sentence. He also has filed a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. The *in forma pauperis* motion will be denied as moot because Mr. Garrison has paid the filing fee.

The court must construe the application liberally because Mr. Garrison is representing himself. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be the *pro se* litigant's advocate. **See Hall**, 935 F.2d at 1110. For the reasons stated below, Mr. Garrison will be ordered to file an amended pleading.

The court has reviewed the application and finds that it is deficient. First, the application must be asserted pursuant to 28 U.S.C. § 2254 because Mr. Garrison is

challenging the validity of his conviction and sentence. **See *Montez v. McKinna*,** 208 F.3d 862, 865 (10th Cir. 2000). In addition, because Mr. Garrison has not used the proper form for a habeas corpus application pursuant to § 2254, the court lacks the necessary information to determine whether the application is timely filed and whether Mr. Garrison has exhausted state court remedies. Therefore, Mr. Garrison will be directed to file an amended pleading on the proper form and to provide all of the requested information regarding any direct appeal or postconviction motions he may have filed.

Mr. Garrison is advised that he must allege specific facts in support of his claims to demonstrate that his federal constitutional rights have been violated. Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts requires that Mr. Garrison go beyond notice pleading. **See *Blackledge v. Allison*,** 431 U.S. 63, 75 n.7 (1977). He must allege specific facts to support each asserted claim. Naked allegations of constitutional violations are not cognizable under 28 U.S.C. § 2254. **See *Ruark v. Gunter*,** 958 F.2d 318, 319 (10th Cir. 1992) (per curiam). Accordingly, it is

ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action filed on November 14, 2007, is denied as moot. It is

FURTHER ORDERED that Mr. Garrison file **within thirty (30) days from the date of this order** an amended pleading on the proper form that complies with this order. It is

FURTHER ORDERED that the clerk of the court mail to Mr. Garrison, together

with a copy of this order, two copies of the following form: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. It is

FURTHER ORDERED that if Mr. Garrison fails within the time allowed to file an amended pleading as directed, the application will be denied and the action will be dismissed without further notice.

DATED December 17, 2007, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02436-BNB

Shane Garrison
Prisoner No. 84286
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254** to the above-named individuals on 12/17/07

GREGORY C. LANGHAM, CLERK

By: _____
     Deputy Clerk