IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02436-BNB

SHANE GARRISON,

Applicant,

v.

WARDEN MICHAEL ARELLANO, and
JOHN SUTHERS, Attorney General of the State of Colorado,

Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 28 2008

GREGORY C. LANGHAM
CLERK

---

ORDER OF DISMISSAL

---

Applicant Shane Garrison initiated this action by filing *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. On December 17, 2007, Magistrate Judge Boyd N. Boland ordered Mr. Garrison to file an amended application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 because he is challenging the validity, and not the execution, of his sentence. Mr. Garrison was warned that the action would be dismissed without further notice if he failed to file an amended application within thirty days.

Mr. Garrison has failed to file an amended application as directed and he has failed to respond in any way to Magistrate Judge Boland's December 17 order. Therefore, the application will be denied and the action will be dismissed without prejudice for failure to file an amended application as directed. Accordingly, it is

ORDERED that the habeas corpus application is denied and the action is dismissed without prejudice for failure to file an amended application as directed.

DATED at Denver, Colorado, this 25 day of January, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02436-BNB

Shane Garrison
Prisoner No. 84286
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 1 28 08

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk